JS-6

1 J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2 Annie S. Wang (SBN 243027)
*annie@coombspc.com*
3 J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
4 Glendale, California 91206
Telephone: (818) 500-3200
5 Facsimile: (818) 500-3201

6 Attorneys for Plaintiff Nike, Inc.

7 Terrence Griffin, an individual and
d/b/a AllWorldKicks
8 *griff3376@gmail.com*
8515 S. Bishop St.
9 Chicago, IL 60620

10 Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc., | Case No. CV09-6672 MMM (FFMx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |
| Terrence Griffin, an individual and d/b/a AllWorldKicks and Does 1 – 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiff Nike, Inc. ("Plaintiff") on the one hand, and Defendant Terrence Griffin, an individual and d/b/a AllWorldKicks ("Defendant"), on the other, and good cause appearing therefore, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff is entitled to and shall recover from Defendant on Plaintiff's Complaint for Defendant's infringement the sum of Thirty-Five Thousand Dollars ($35,000.00).

2. Plaintiff is entitled to and shall collectively recover from Defendant interest accruing upon any unpaid portion of said $35,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof.  The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

DATED:  April 18, 2013

_____
Hon. Margaret M. Morrow
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A. P. C.

By: /s/ Annie S. Wang
       J. Andrew Coombs
       Annie Wang
Attorneys for Plaintiff Nike, Inc.

Terrence Griffin, an individual and d/b/a AllWorldKicks

By: _____
       Terrence Griffin, an individual
       and d/b/a AllWorldKicks
Defendant, *in pro se*